UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN JOHNSON,

                              Plaintiff,

      - vs -                                     9:07-CV-1018

ROBERT WOODS, Superintendent; S. THOMPSON, Sergeant; D. UHLER, Captain; J. DURGAN, Lieutenant; JEROME SNYDER, Captain; QUINN, Captain; T. RAMSDELL, Prison Guard; CANDY ATKINSON, Nurse; PATRICK JOHNSTON, P.A.; B. CONNOLLY, Doctor; S. SANTAMORE, Prison Guard; N. SMITH, Administrative Nurse; KAREN BELLAMY, Director, Inmate Grievance Program; L. PEARY, Supervisor of Inmate Grievance program; J. SORRELL, Prison Guard; T. DEBYAH, Prison Guard; J. WHITE, Lieutenant; K. BUCKLEY, Lieutenant; J. BISHOP, Prison Guard; and L. MARLOW, Nurse, Each of Upstate Correctional Facility; and N. LaVIGINE,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

JONATHAN JOHNSON
Plaintiff, *pro se*
89-A-1042
UpState Correctional Facility
PO Box 2001
Malone, NY 12953

HON. ANDREW M. CUOMO                ROGER W. KINSEY, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

Plaintiff, Johnathan Johnson, brought this civil rights action in September 2007, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 2, 2010, the Honorable David R. Homer, United States Magistrate Judge, recommended that defendants' motion for summary judgment (Docket No. 70) be granted and that judgment be granted to all defendants on all claims. The plaintiff has filed timely objections to the Report-Recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment (Docket No. 70) is GRANTED;

2. Judgment is GRANTED to all defendants on all claims; and

3. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May   21, 2010
       Utica, New York.